IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUPERIOR VENDING, INC.,

                Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                       Case No. 09-cv-567-slc

DICK'S BAR OF HUDSON, INC.,
d/b/a DICK'S BAR AND GRILL,

                Defendant.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dick's Bar of Hudson, Inc. d/b/a Dick's Bar and Grill granting its motion for summary judgment and dismissing this case.


By: *[signature]*, Deputy Clerk                  10-29-10
    Peter Oppeneer, Clerk of Court                       Date